UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:24-cv-00480-JA-RMN

HOWARD COHAN,

     Plaintiff,

vs.


GPIF ORLANDO HOTEL OWNER LLC
a Foreign Limited Liability Company
d/b/a ELEMENT ORLANDO UNIVERSAL BLVD

     Defendant(s).

_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, GPIF ORLANDO HOTEL OWNER LLC, a Foreign Limited Liability Company, d/b/a ELEMENT ORLANDO UNIVERSAL BLVD, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED July 25, 2024.

By: **/s/ Gregory S. Sconzo**       By: **/s/ Kevin M. Young**
Gregory S. Sconzo, Esq.          Kevin M. Young. Esq.
Florida Bar No.: 0105553          Florida Bar No. 114151
Sconzo Law Office, P.A.           SEYFARTH SHAW LLP
3825 PGA Boulevard, Suite 207    1075 Peachtree Street, N.E., Suite
Palm Beach Gardens, FL 33410    2500

Telephone: (561) 729-0940          Atlanta, Georgia 30309-3958
Facsimile: (561) 491-9459          Telephone: (404) 885-1500
Email: greg@sconzolawoffice.com     Email: kyoung@seyfarth.com
Email: perri@sconzolawoffice.com    COUNSEL FOR DEFENDANT
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**  /s/ Gregory S. Sconzo        **
**Gregory S. Sconzo, Esq.**

2