# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOWARD COHAN,
        Plaintiff,

v.
                                        Case No. 6:24-cv-480-JA-RMN

GPIF ORLANDO HOTEL
OWNER LLC,
        Defendant.

---

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. (Joint Notice of Settlement, Doc. 20).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 25, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record